IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YUN KYUNG LEE, | |
| Plaintiff, | Case No.: 1:22-cv-00007 |
| v. | Judge Matthew F. Kennelly |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Gabriel Fuentes |
| Defendants. | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on February 16, 2022 [33] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 10 | Mamrug-WANSOW |

THEREFORE, full and complete satisfaction of said THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: May 16, 2022

Respectfully submitted,

*[signature]*

Keith A. Vogt, Esq. (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF(S)***

Subscribed and sworn before me by Keith A. Vogt, on this 16 of May, 2022.

Given under by hand and notarial seal.

*[signature]*
NOTARY PUBLIC

STATE OF Illinois

COUNTY OF Cook

*"OFFICIAL SEAL"*
GRISELDA DELGADO
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 07/24/2022